UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Mary Milton,                                                     Civil 09-2226 JNE/FLN

            Plaintiff,

     v.                                                          O R D E R

United States Department of
Housing and Urban Development,

            Defendant.

_____

     Based upon the Findings of Fact, Conclusions of Law, and Recommendation by

United States Magistrate Judge Franklin L. Noel dated March 22, 2010, all the files and

records, and no objections having been filed to said Report and Recommendation,

     **IT IS HEREBY ORDERED** that Defendant's motion to dismiss and alternative

motion for summary judgment [#9] is GRANTED.

DATED: _4-13_, 2010.                      s/ Joan N. Ericksen
at Minneapolis, Minnesota                 JUDGE JOAN N. ERICKSEN
                                           United States District Court